# BERARDINELLI LAW FIRM

*Attorney and Counselor at Law*

DAVID J. BERARDINELLI, LLC

644 Don Gaspar
Post Office Box 1944
SANTA FE, NEW MEXICO
87504-1944

Telephone    (505) 988-9664

August 25, 2009

*VIA FACSIMILE*
(505) 243-5855

Ann L. Keith, Esq.
John S. Stiff & Associates, LLC
400 Gold Avenue, S.W., Suite 1300W
Albuquerque, New Mexico 87102

Re:   *Distefano v. Allstate Insurance Company and Cornejo*, D-0101-CV-2009-02728.

Dear Ms. Keith:

Attached is a courtesy copy of a Complaint we have filed in this matter. Please let me know if you would be willing to accept service on behalf of Allstate Insurance Company or Jose Cornejo.

Very Sincerely,

BERARDINELLI LAW FIRM

DAVID J. BERARDINELLI, LLC

DJB/sma
Attachment as stated
xc:   Eric Distefano

**EXHIBIT B**