# SIMONE, ROBERTS & WEISS, P.A.

Attorneys at Law
11200 Lomas Boulevard, N.E., Suite 210
Albuquerque, New Mexico 87112

Stephen M. Simone
Randal W. Roberts
Norman F. Weiss
David W. Frizzell
Kathleen M. Mixon
Meena H. Allen
Paul M. Smith

Telephone
(505) 298-9400
Fax
(505) 298-7070

September 14, 2009

VIA FACSIMILE
(505) 982-2010

David J. Berardinelli
Berardinelli Law Firm
PO Box 1944
Santa Fe, NM 87504-1944

RE:  DISTEFANO v. CORNEJO and ALLSTATE

Dear Mr. Berardinelli:

The above-captioned matter has been transferred from Mr. Stiff's office to me. In response to your August 25, 2009, be advised that I am authorized to accept service on behalf of Allstate Insurance Company and Jose Cornejo.

I suggest an acceptance date of September 18, and our answer due on October 19.

Let me know if this is agreeable and I will file an acceptance of service reflecting that date.

Very truly yours,

*[signature]*

STEPHEN M. SIMONE
SMS/haz

EXHIBIT C