UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ERIC DISTEFANO and SARA
DISTEFANO,

        Plaintiffs,

vs.                                                                                      No.

ALLSTATE INSURANCE COMPANY,
and JOSE CORNEJO,

        Defendants.

## AFFIDAVIT OF JOSE CORNEJO

**STATE OF NEW MEXICO**    )
                                       )
**COUNTY OF BERNALILLO**   )

I, Jose Cornejo, state as follows:

1. I am over the age of eighteen (18) and fully competent to execute this Affidavit. The information set forth herein is true and correct and within my personal knowledge.

2. I am the Market Claims Manager in the Albuquerque Market Claim Office ("MCO"), and have been employed by Allstate Insurance Company in that capacity for 13 years.

3. As Market Claims Manager, I am responsible for overseeing the adjustment of claims handled in the Albuquerque MCO.

4. I have been informed that Eric DiStefano, an insured under an Allstate Indemnity Company Homeowners policy, has made a claim under that policy, Claim Number 0133690891. That claim is not, and has never been, assigned to the Albuquerque MCO for adjustment.

FURTHER AFFIANT SAYETH NOT.

DATED this 7 day of Oct 2009.

EXHIBIT D

_____
Jose Cornejo

SUBSCRIBED AND SWORN TO before me this \_5th\_ day of \_October\_, 2009.

_____
Notary Public

My Commission Expires:

**OFFICIAL SEAL**
**Eric S. Plegge**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 05/04/2011