UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ERIC DISTEFANO and SARA
DISTEFANO,

        Plaintiffs,

vs.                                    No.

ALLSTATE INSURANCE COMPANY,
and JOSE CORNEJO,

        Defendants.

## AFFIDAVIT OF DAVID CORTEZ

STATE OF ARIZONA    )
                                )
COUNTY OF MARICOPA    )

I, David Cortez, state as follows:

1.    I am over the age of eighteen (18) and fully competent to execute this Affidavit. The information set forth herein is true and correct and within my personal knowledge.

2.    I am a Staff Claim Service Adjuster employed by Allstate Insurance Company located in the Western Star CSA in Tempe, Arizona, and have been employed by Allstate Insurance Company for 15 years.

3.    In my capacity as Staff Claim Service Adjuster, I have been assigned responsibility for investigating a claim asserted by Eric DiStefano, an insured under an Allstate Indemnity Company Homeowners policy, Claim Number 0133690891. That claim is not, and has never been, assigned to the Albuquerque Market Claims Office for adjustment.

4.    Instead, at all times since the initial intake of the claim on March 26, 2009, this claim has been assigned for claim handling out of the Allstate Tempe Central Property office in Mesa, Arizona.



FURTHER AFFIANT SAYETH NOT.

DATED this 8th day of OCTOBER 2009.

_____
David Cortez

SUBSCRIBED AND SWORN TO before me this 8 day of October, 2009.

_____
Notary Public

My Commission Expires:

May 18 2012



OFFICIAL SEAL
LAURA A. CHRISTIANSEN
NOTARY PUBLIC – State of Arizona
MARICOPA COUNTY
My Comm. Expires May 18, 2012