# BERARDINELLI LAW FIRM
*Attorney and Counselor at Law*

DAVID J. BERARDINELLI, LLC

644 Don Gaspar
Post Office Box 1944
SANTA FE, NEW MEXICO
87504-1944

Telephone   (505) 988-9664

April 23, 2009

<u>VIA FACSIMILE</u>
(866) 361-2983

Julie Thomas
Allstate Indemnity Company
Tempe Central Property
P.O. Box 16650
Mesa, AZ 85211

Re:   My client/your insured:   Eric Distefano
      Claim No.:                0133690891
      Date of Loss:             March 25, 2009

Dear Ms. Thomas:

This is to inform you that I will be representing Mr. Distefano with respect to the above-referenced claim. I understand that you are the adjuster assigned to this claim. Please contact me with any further correspondence or inquiries regarding this claim.

As soon as we are able, we will forward to you the completed Proof of Loss form, including as many receipts and proof of ownership of all items listed in the Proof of Loss. In the meantime, would you be so kind as to forward to my office a complete copy of my client's Allstate policy (Policy No. 000944501142), including the Declarations Page in effect on the date of loss?

Thank you for your assistance in this matter. I look forward to working with you to bring this claim to a satisfactory conclusion.

Very Sincerely,

BERARDINELLI LAW FIRM

DAVID J. BERARDINELLI, LLC

DJB/sma
xc:   Eric Distefano


EXHIBIT F

# BERARDINELLI LAW FIRM
*Attorney and Counselor at Law*

DAVID J. BERARDINELLI, LLC

644 Don Gaspar
Post Office Box 1944
SANTA FE, NEW MEXICO
87504-1944

Telephone  (505) 988-9664

April 30, 2009

<u>VIA FACSIMILE</u>
(480) 827-4218

David Cortez
Allstate Indemnity Company
P.O. Box 16989
Mesa, AZ 85211

Re:   My client/your insured:   Eric Distefano
      Claim No.:                0133690891
      Date of Loss:             March 25, 2009

Dear Mr. Cortez:

This letter follows your telephone conversation with my assistant, Shella Apodaca, this afternoon. As Shella told you, if I am unavailable when you call my office, you may ask to speak with her and she will do what she can to help you, or if necessary she will relay a message to me. Additionally, I would ask that any correspondence by you or any other Allstate claims representative be sent to us by facsimile at 505-982-2010, as the Santa Fe mail delivery service via the USPS is extremely unreliable.

I note that this claim was originally assigned to Julie Thomas, and was then transferred to you. Can you please tell us the reason for the reassignment? Is this claim currently being considered in any way for referral to SIU for handling or has it already been referred to SIU for handling? If so, please provide us with a full statement of underlying factual and legal basis under the policy for such SIU consideration. Please inform me if, at this point, you have any reasonable, factual basis to question the applicability of coverage or the bona fides of this claim.

In my letter to Julie Thomas last week, I asked for a copy of the homeowners policy, including the declarations page and all endorsements applicable to this loss. I reiterate that request to you. Can you please tell me if this claim is being adjusted as a "replacement" claim, meaning Allstate immediately pays the actual replacement costs in full; or is this being adjusted as a "reimbursement" claim, where Allstate pays the depreciated or "actual" value of any stolen item and then pays the full replacement value upon being provided with proof of actual purchase by the policyholder?

## BERARDINELLI LAW FIRM
*Attorney and Counselor at Law*

---

Finally, will you please provide us with a current and complete copy of all documents in Allstate's investigative file (excluding adjuster notes or diary) to make sure we are aware of all of the facts uncovered by Allstate's investigation in order to assist us in preparing our proof of loss for Allstate and to assist us in fully cooperating with Allstate without the needless repetition of documents or information already in Allstate's file or possession.

Among the documents I received from my client was a proposed Allstate Authorization. We are willing to provide a release to specific financial or other institutions identified in the form of release, but only upon the condition that any and all information of whatever kind received by Allstate pursuant to the specific releases also be provided directly to us by Allstate simultaneously with Allstate's receipt of the information. We cannot execute this general information release in this general form because it is far too broad and unlimited to be reasonable in this simple burglary property loss. Also, we would like to know why Allstate needs to have general access to our client's credit reports and all of his bank records for a simple burglary property loss. Again, if this claim is being investigated as an SIU claim, we would like confirmation of that fact ASAP.

I look forward to working with you to bring this claim to a satisfactory conclusion.

Very Sincerely,

BERARDINELLI LAW FIRM

*[signature]*

DAVID J. BERARDINELLI, LLC

DJB/sma
xc:   Eric Distefano

2

# BERARDINELLI LAW FIRM
*Attorney and Counselor at Law*

DAVID J. BERARDINELLI, LLC

644 Don Gaspar
Post Office Box 1944
SANTA FE, NEW MEXICO
87504-1944

Telephone   (505) 988-9664

May 4, 2009

<u>VIA FACSIMILE</u>
(480) 827-4218

David Cortez
Allstate Indemnity Company
P.O. Box 16989
Mesa, AZ 85211

Re:   My client/your insured:   Eric Distefano
      Claim No.:                0133690891
      Date of Loss:             March 25, 2009

Dear Mr. Cortez:

We are in the process of obtaining mutually available dates for my client and I with regard to your request for a recorded statement. We request that the statement be taken in my office. However, prior to the statement we would like to review a copy of Allstate's file on this claim, as well as confirmation one way or the other as to whether this is being handled as an SIU claim, both as previously requested in my April 30, 2009 letter.

Please respond to these inquiries as quickly as possible, so that we may schedule the recorded statement and start moving forward on this claim. Thank you.

Very Sincerely,

BERARDINELLI LAW FIRM

DAVID J. BERARDINELLI, LLC

DJB/sma
xc:   Eric Distefano

*Called atty & put note in file.*
*BZ*
*5-4-09*