IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERIC DISTEFANO and**
**SARA DISTEFANO,**

      **Plaintiffs,**

**vs.**                                                                         **NO. CV 09-995 BB/RHS**

**ALLSTATE INSURANCE COMPANY and**
**JOSE CORNEJO,**

      **Defendants.**

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER having come before the Court upon the parties Joint Motion to Dismiss with Prejudice [33], and the Court being fully advised, FINDS that the Motion is well-taken.

IT IS THEREFORE ordered that the Joint Motion to Dismiss, is hereby granted, and Plaintiff's Complaint, be, and hereby is, dismissed with prejudice.

                                                                       UNITED STATES DISTRICT JUDGE
                                                                       BRUCE D. BLACK